IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03390-PAB-CBS

RAMONA SMITH,

    Plaintiff,

v.

CHEYENNE MOUNTAIN SCHOOL DISTRICT 12 and
COLORADO DEPARTMENT OF EDUCATION,

    Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

        This matter is before the Court on the answer [Docket No. 10] and various other filings. Some of the documents filed in this case reveal the "name of an individual known to be a minor."  Fed. R. Civ. P. 5.2(a).  Pursuant to Fed. R. Civ. P. 5.2(h), "[a] person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal."  It is not clear to the Court that the parties have the authority, or intended, to waive the protections of Rule 5.2(a) on behalf of the minor child.

        Therefore, it is

        **ORDERED** that Docket Nos. 6-1 and 10-1 shall be restricted at Level One.  It is further

        **ORDERED** that, on or before **5:00 p.m.** on **Friday, January 16, 2014**, defendant Cheyenne Mountain School District 12 shall re-file its answer without restriction with redactions that comply with Fed. R. Civ. P. 5.2(a).  Defendant is hereby granted permission to re-file its exhibits to the answer under restriction.

        DATED January 13, 2015.