IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03390-PAB-CBS

RAMONA SMITH,

    Plaintiff,

v.

CHEYENNE MOUNTAIN SCHOOL DISTRICT 12 and
COLORADO DEPARTMENT OF EDUCATION,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on plaintiff's Status Report [Docket No. 22]. Plaintiff asserts that the Colorado Department of Education ("CDE") refused plaintiff's request to provide her with the administrative record of her due process case filed with the CDE against Cheyenne Mountain School District 12 (the "District").  Docket No. 22 at 1.

    Pursuant to 20 U.S.C. § 1415(i)(2)(C), in determining whether plaintiff has met her burden of showing that the District failed to provide her son with a free appropriate public education, the Court "shall receive the records of the administrative proceedings."  20 U.S.C. 1415(i)(2)(C)(i).

    For the foregoing reasons it is

    **ORDERED** that defendants shall file the administrative record on or before April 22, 2016.

DATED April 11, 2016.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge